**Order entered January 18, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00548-CR

### WALTER TROY LLOYD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-75605-U**

## ORDER

Before the Court are Kathryn Veech's January 13, 3017 motion to withdraw as appellant's counsel and motion for extension of time to file appellant's brief.

The Court **GRANTS** the January 13, 2017 motion of Kathryn Veech to withdraw as appellant's counsel. We **DIRECT** the Clerk to remove Ms. Veech as appellant's appointed attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit to this Court, within **FIFTEEN DAYS** of the date of this order, the order appointing new counsel.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Felicia Pitre, Dallas County District Clerk; Kathryn Veech; and the Dallas County District Attorney's Office.

We **DENY** Kathryn Veech's motion for extension of time to file appellant's brief.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal will be reinstated fifteen days from the date of this order or when the order appointing new counsel is received.

/s/     LANA MYERS
           JUSTICE